IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.

**ONE GLOCK GMBH 22 GEN 5,
BEARING SERIAL NUMBER
BUSF424,**

    **Defendant.**

Case No. 23-CV-03767-SPM

## JUDGMENT AND DECREE FOR FORFEITURE

Pending before the Court is the Motion for Judgement of Forfeiture filed by Plaintiff United States of America. (Doc. 9). On November 22, 2023, the United States filed a Verified Complaint for Forfeiture against Defendant, described as one Glock Model 22GEN5, .40 caliber pistol, bearing serial number BUSF424. (Doc. 1). The Complaint alleges that the firearm was involved in or used in a knowing violation of 21 U.S.C. § 841 and is thus subject to forfeiture to the United States pursuant to 21 U.S.C. § 853(a).

After process was fully issued and returned according to law, a warrant of arrest was issued by the Clerk of Court and the United States Marshals Service seized the property on January 19, 2024. (Doc. 5). Notice of this action was also published on an official government website (www.forfeiture.gov) for at least 30 consecutive days, beginning December 1, 2023. (Doc. 6); *see* FORFEITURE.GOV, U.S. DEP'T OF JUST., www.forfeiture.gov [https://perma.cc/WQ8V-F7A5] (last visited Apr.

18, 2024). On April 16, 2024, the Clerk of Court entered default as to Lionel Carter, Jr. and all interested parties. (Doc. 8).

Pursuant to Federal Rule of Civil Procedure 55(b), default judgment is hereby entered against all interested parties and in favor of Plaintiff United States of America. The property, described as one Glock Model 22GEN5, .40 caliber pistol, bearing serial number BUSF424 is hereby ordered forfeited to the United States of America and no right, title, or interest in the property shall exist in any other party. The defendant property shall be disposed of according to law by the United States Marshal.

**IT IS SO ORDERED.**

**DATED:  April 18, 2024**

                                            **s/ *Stephen P. McGlynn***
                                            **STEPHEN P. McGLYNN**
                                            **U.S. District Judge**